FILED

OCT - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES DISTRICT OF COLUMBIA, )<br><br>Plaintiff, )<br><br>v. )<br><br>ANTONIO LINDER, )<br><br>Defendant. ) | CASE NUMBER 1:06MS00441<br><br>JUDGE: Gladys Kessler<br><br>DECK TYPE: Miscellaneous<br><br>DATE STAMP: 10/06/2006 |

### NOTICE OF REMOVAL OF SUBPOENA

The Custodian of Records of the Court Services and Offender Supervision Agency (CSOSA), through undersigned counsel, respectfully notifies the Court as follows:

1. The Custodian of Records of the CSOSA has been subpoenaed by Defendant to provide ""any and all records pertaining to Coliss Johnson . . ." in <u>United States/District of Columbia v. Antonio Linder</u>, pending in the Superior Court of the District of Columbia, Case No. 2005 FEL 5706. Neither CSOSA nor the Custodian is a party to that action.

2. A copy of the subpoena is attached hereto.

3. The CSOSA will move to quash, relying on federal law, within five business days of the removal of this action or such time as this Court shall order.

4. This notice of removal is brought pursuant to 28 U.S.C. § 1442(a) and <u>Brown & Williamson Tobacco Corp. v. Williams</u>, 62 F.3d 408, 412-415 (D.C. Cir. 1995).

WHEREFORE, this matter is properly removed from the Superior Court of the District of Columbia, to this Court, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, and <u>Brown & Williamson Tobacco Corp. v. Williams</u>, <u>supra</u>.

Dated: October 5, 2006.



Respectfully submitted,

__/s/ Jeffrey A. Taylor__
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

__/s/__
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

__/s/__
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

*In Forma Pauperis*

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
### SUBPOENA
*Duces Tecum*

CSOSA
OFFICE OF GENERAL COUNSEL

UNITED STATES
~~DISTRICT OF COLUMBIA~~

2006 SEP 32 P 2:35

vs.

Case No. 2005-FEL-5706

Antonio Linder

To: Custodian of Records for DC Court Services and Offender Supervision Agency (CSOSA), or authorized designate, 633 Indiana Ave. NW

YOU ARE HEREBY COMMANDED:
To appear before the Criminal Division ~~room~~/courtroom Judge E. Christian of the Superior Court of the District of Columbia, 500 Indiana Avenue/~~Judiciary Center, 555 Fourth Street~~, N.W., Washington, D.C. on the 6th day of October ~~September~~, 20 06, at 9:00 a.m./~~p.m.~~ as a witness for the defense

☒ and bring with you any and all records pertaining to Caliss Johnson; DOB 5/14/1965; SSAN: 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; PDID 325255.

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this ___ day of _____, 20 ___.

Officer in Charge _____ District _____

Clerk, Superior Court of the District of Columbia

Heather Pinckney
Attorney for ~~Government~~/Defendant  Public Defender Service for DC

Phone No. (202) 824-2513

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.
Date 9/29/06    Judge [signature]

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☒ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

Name and Title of Individual Served: Linette Lander, Assistant General Counsel

Address (If different than shown above): 

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

Date(s) of Endeavor: 

Date and Time of Service: 10/2/06  2:37 pm

REMARKS: In lieu of court appearance, records may be provided to requesting party. ~~Pl~~ please call for pickup of records.

Signature of Title of Server: Adam Choka, PDS Staff ~~Investigator~~
cell: (202) 497-7570

CD-1072/Jan. 00

06 1735
FILED
OCT - 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| UNITED STATES, <br> DISTRICT OF COLUMBIA <br><br> v. <br><br> ANTONIO LINDER, <br><br> Defendant, | ) <br> ) <br> ) <br> ) Case No. 2005 FEL 5706 <br> ) <br> ) Judge Christian <br> ) <br> ) Trial: October 10, 2006 <br> ) 9:00 a.m., J. Christian's Courtroom <br> ) |

<u>NOTICE OF FILING OF NOTICE OF REMOVAL OF A SUBPOENA MATTER</u>

To: HEATHER PINCKNEY, Esq.
Public Defender Service
633 Indiana Ave., N.W.
Washington, DC 20004

PLEASE TAKE NOTE that on October 5, 2006, the Custodian of Records of the Court Services and Offender Supervision Agency ("CSOSA" or "Agency"), the recipient of a subpoena in this case, filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal of the subpoena in the above captioned case, pursuant to 28 U.S.C. §§ 1442(a)(1), 1446. The underlying case is not being removed and will remain in Superior Court.

With regard to the subpoena matter, the Superior Court of the District of Columbia "shall proceed no further unless and until the [matter] is remanded." See 28 U.S.C. § 1446(d). A copy of the Notice of Removal (and attachment) are attached hereto.

Respectfully submitted,

_/s/ Jeffrey A. Taylor (dvh)_
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/ _____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ _____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of October, 2006, I caused service of the following: Notice of Filing of Notice of Removal and Notice of Removal to be made on defendant, through counsel, by first class mail postage prepaid and addressed to:

HEATHER PINCKNEY, Esq.
Public Defender Service
633 Indiana Ave., N.W.
Washington, DC 20004

CLAIRE WHITAKER
Assistant United States Attorney