UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action |
| | : No. 06-441 |
| **ANTONIO LINDER,** | : |
| **Defendant.** | : |

### ORDER TO SHOW CAUSE

On October, 6 2006, Plaintiff filed a Notice of Removal of Subpoena. In its Notice, Plaintiff indicated that it would file a Motion to Quash within five days of removal. Plaintiff has not filed a motion or taken any other action. Accordingly, it is hereby

**ORDERED** that Plaintiff show cause no later than December **27, 2006,** why this matter should not be dismissed.

December 8, 2006

/s/
Gladys Kessler
U.S. District Judge

**Copies to Attorneys of Record via ECF and**

Claire Whitaker, Esq.
Assistant U.S. Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., E-4204
Washington, D.C. 20530

Heather Pinckney, Esq.
Public Defenders Service
633 Indiana Ave, N.W.
Washington, D.C. 20004