UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES<br>DISTRICT OF COLUMBIA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTONIO LINDER,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Misc. No. 1:06-MC-00441-GK |

## NOTICE OF DISMISSAL

Court Services and Offender Supervision Agency (CSOSA), Custodian of Records, through undersigned counsel, files this notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1).

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of April, 2007, I caused service of the following: Notice of Dismissal to be made on defendant, through counsel, by first class mail postage prepaid and addressed to:

HEATHER PINCKNEY, Esq.
Public Defender Service
633 Indiana Ave., N.W.
Washington, DC 20004

/s/
CLAIRE WHITAKER
Assistant United States Attorney